# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| **CORNELL MOORE,** | ) |
| **Plaintiff,** | ) |
| VS. | ) No. 1:23-cv-00057 |
| | ) **JURY DEMANDED** |
| **WAL-MART STORES EAST, LP,** | ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

Defendant hereby gives notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against them: Cornell Moore v. Wal-Mart Stores East, LP, in the Circuit Court for Hamilton County, Tennessee, No. 23C227.

A copy of the summons is attached as Exhibit A. A copy of the complaint is attached as Exhibit B. Plaintiff is a citizen and resident of McDonough, Georgia.

Wal-Mart Stores East, LP is a Delaware limited partnership. The general partner is WSE Management, LLC, a Delaware limited liability company. The limited partner is WSE Investment, LLC, a Delaware limited liability company. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC fka Wal-Mart Stores East, Inc., an Arkansas limited liability company. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. fka Wal-Mart Stores, Inc., a Delaware corporation. There are no other owners of Wal-Mart Stores East, LLC. Walmart Inc. is and was at the times plaintiff's complaint was filed and this matter being removed to this Court a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. Walmart Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. No publicly traded entity owns more than 10% of Walmart Inc. The principal place of business for all entities mentioned is 702

S.W. 8th Street, Bentonville, Arkansas 72716.

Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties. The parties are citizens of different states.

The complaint prays for an "judgment for compensatory damages against Defendant Wal-Mart Stores East, LP in an amount to be determined by the trier of fact, but in excess of $25,000." Defendant received notice that the amount in controversy will exceed $75,000 from plaintiff's counsel on March 2, 2023. The amount in controversy is, therefore, now in excess of the federal jurisdictional requisite of $75,000.

Defendant was served with process on February 21, 2023. Fewer than thirty days have expired since service of process on Defendant and the notice of the amount in controversy. This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

WHEREFORE, Defendant hereby gives notice of the removal of this action pending in the Circuit Court of Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Southern Division, and requests that the proceedings be held thereon.

/s/ Maria T. de Quesada
G. Andrew Rowlett, No. 16277
Maria T. de Quesada, No. 24389
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
arowlett@howell-fisher.com
mdequesada@howell-fisher.com
#615/244-3370
Attorneys for defendant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Court and was served by U.S. Mail, postage prepaid, upon:

Mark D. Butler
MORGAN & MORGAN - NASHVILLE, PLLC
810 Broadway, Suite 105
Nashville, TN 37203
mdbutler@forthepeople.com

this the 17th day of March, 2023.

/s/ Maria T. de Quesada