## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CORNELL MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | **No. 1:23-cv-00057** |
| | ) | **JURY DEMANDED** |
| **WAL-MART STORES EAST, LP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED STIPULATION AND ORDER OF
## FINAL DISMISSAL WITH PREJUDICE

This matter came before the Court on the parties' joint motion for entry of an agreed stipulation and order of final dismissal with prejudice pursuant to Fed. R. Civ. P. 41.  It appears to the Court, as evidenced by the signatures of the parties' respective counsel below, that all matters in controversy have been compromised and settled.  Further, plaintiff and plaintiff's counsel represent, by plaintiff's counsel's signature below, that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, that plaintiff has no child support liens or arrearages outstanding or currently owed, and that all liens, of any type or kind, including, but not limited to, TennCare and/or Medicare, will be satisfied by plaintiff from the settlement proceeds as required by law.

Based on the agreement of the parties, the joint motion of the parties, and the record as a whole, it appears to the Court that the parties' joint motion should be granted and that this matter should be dismissed with prejudice.

It is therefore ORDERED, ADJUDGED, AND DECREED that the parties' joint motion is hereby GRANTED and that this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

1

IT IS SO ORDERED on this ___ day of _____, 2025.

/s/ _MIKE DUMITRU signature_

**MIKE DUMITRU**
**UNITED STATES MAGISTRATE JUDGE**

**APPROVED FOR ENTRY:**

s/ Maria T. de Quesada
G. Andrew Rowlett, No. 16277
Maria T. de Quesada, No. 24389
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203-1089
(615)244-3370
arowlett@howell-fisher.com
mdequesada@howell-fisher.com
Attorneys for Defendant

s/ Caroline LaBrec (with express permission by Maria T. de Quesada) Caroline LaBrec, No. 026865
MORGAN & MORGAN
150 4th Avenue North
Suite 300
Nashville, TN 37209
(615) 780-6310
clabrec@forthepeople.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Court, and should therefore be served via the court's electronic filing system, upon:

Caroline LaBrec
MORGAN & MORGAN
150 4th Avenue North
Suite 300
Nashville, TN 37209
clabrec@forthepeople.com

on this the 19th day of February, 2025.

s/ Maria T. de Quesada

2